UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :    Misc. No. 12-00169 (JGK)
              Applicant,                :    ECF Case
                                        :
                                        :
       -against-                        :
                                        :
                                        :
CRAIG P. KENNEDY,                       :
                                        :
              Respondent.               :
------------------------------------------------------------------x

**DECLARATION OF BARRY A. KAMAR IN SUPPORT OF REPLY IN FURTHER SUPPORT OF SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR AN ORDER TO SHOW CAUSE AND FOR <u>AN ORDER REQUIRING COMPLIANCE WITH SUBPOENA</u>**

I, Barry A. Kamar, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am employed as an attorney in the Enforcement Division in the New York Regional Office of the applicant Securities and Exchange Commission ("Commission"). I am a member of the bar of the State of New York and of this Court.

2. I am one of the attorneys conducting the Commission's investigation titled *Trading in the Securities of SenoRx, Inc.* (Internal File No. NY-8488) ("Investigation") and I submit this Declaration in support of the Reply in Further Support of the Commission's Application for an Order to Show Cause and for an Order Requiring Compliance with Subpoena. I make this Declaration based upon personal knowledge and my review of the Commission's files for this Investigation.

3. The Investigation relates to suspicious trading activity in the shares of SenoRX, Inc. around the time that SenoRX, a publicly-held company listed on the NASDAQ stock

exchange in New York, and C.R. Bard, Inc., a corporation headquartered in Murray Hill, New Jersey, publicly announced that they were merging.

4. The Investigation involves witnesses and documents that are located in several states across the nation, including New York, New Jersey, Illinois, California and Washington.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 28, 2012.

Barry A. Kamar