## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of May, 2012, I served the foregoing Reply in Further Support of the Commission's Application for an Order to Show Cause and for an Order Requiring Compliance With Subpoena by sending a copy to the following party by e-mail, pursuant to written consent:

Richard C. Schoenstein, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
Tel. 212-404-8707
rschoenstein@ssbb.com
*Counsel for Respondent Craig P. Kennedy*

                _____
                BARRY KAMAR
                Attorney for Applicant
                Securities and Exchange Commission
                New York Regional Office
                3 World Financial Center
                New York, NY  10281-1022
                Tel.:  (212) 336-0090
                Fax: (212) 336-1322
                Email: kamarb@sec.gov