United States District Court
Southern District of New York

---

SECURITIES AND EXCHANGE COMMISSION,

                Applicant,        12 Misc. 169 (JGK)

      - against -                 ORDER

CRAIG P. KENNEDY,

                Respondent.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated at a conference held today on the record, the applicant's motion to compel compliance with its subpoena is **granted**. The respondent should comply with the subpoena by **June 8, 2012**.

SO ORDERED.

Dated:    New York, New York
           May 29, 2012

                                              _____
                                                  John G. Koeltl
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/30/12